# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Marks, Emily C. | 2. Court or Organization<br><br>U.S. District Court for the Middle District of Alabama | 3. Date of Report<br><br>08/03/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
One Church Street
Montgomery, Alabama 36104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed (staffing executive) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University, Scalia Law School | April 25-26, 2019 | Arlington, VA | Inaugural Scalia Forum | Transportation, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. ServisFirst (cash) | A | Interest | K | T | | | | | |
| 3. Wells Fargo (cash) | A | Interest | J | T | | | | | |
| 4. ServisFirst JobMarks, Inc. Operating Account (cash) | | None | M | T | | | | | |
| 5. ServisFirst JobMarks, Inc. Payroll Account (cash) | | None | K | T | | | | | |
| 6. Rapid-Paycard Account JobMarks, Inc. (cash) | | None | J | T | | | | | |
| 7. ServisFirst ZeldaMarks, LLC Cash Account (cash) | | None | K | T | | | | | |
| 8. JobMarks, Inc. | G | Dividend | N | U | | | | | |
| 9. Rental Property #1, Montgomery, Alabama | E | Rent | N | W | | | | | |
| 10. Brokerage Acct #1 (H) | | | | | | | | | |
| 11. Fidelity Government Money Market Fund (SPAXX) (cash equivalent) | A | Dividend | M | T | | | | | |
| 12. Fidelity 500 Index Fund (FXAIX) | D | Dividend | N | T | Buy (add'l) | 05/31/19 | L | | |
| 13. Fidelity Small Cap Index Fund (FSSNX) | C | Dividend | M | T | Sold (part) | 12/23/19 | J | | |
| 14. Fidelity Mid Cap Index Fund (FSMDX) | D | Dividend | M | T | Sold (part) | 12/23/19 | J | | |
| 15. OakMark Intl Investor Cl (OAKIX) | E | Dividend | L | T | Sold (part) | 12/23/19 | J | | |
| 16. | | | | | Sold (part) | 12/23/19 | J | | |
| 17. MFS Internatioal Diversification FD A (MDIDX) | B | Dividend | K | T | Buy | 06/05/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | | Sold<br>(part) | 12/23/19 | K | | |
| 19. | Vanguard Health Care Investor (VGHCX) | D | Dividend | L | T | Sold<br>(part) | 06/03/19 | L | | |
| 20. | | | | | | Sold<br>(part) | 12/23/19 | J | | |
| 21. | BlackRock Strategic Muni Opprotunities A (MEMTX) | A | Dividend | L | T | Buy | 06/03/19 | L | | |
| 22. | Fidelity MMKT Premium Class (FZDXX) | A | Dividend | | | Buy | 05/16/19 | M | | |
| 23. | | | | | | Sold<br>(part) | 05/17/19 | L | | |
| 24. | | | | | | Sold<br>(part) | 05/31/19 | L | | |
| 25. | | | | | | Sold<br>(part) | 06/03/19 | J | | |
| 26. | | | | | | Sold | 06/05/19 | K | | |
| 27. | Fidelity Municipal Money Market Fund (FTEXX) (cash equivalent) | A | Dividend | | | Sold<br>(part) | 06/05/19 | K | | |
| 28. | | | | | | Sold | 12/20/19 | K | | |
| 29. | IRA #1 (H) | | | | | | | | | |
| 30. | Fidelity Government Cash Reserves (FDRXX) (Cash Equiv) (X) | A | Interest | L | T | | | | | |
| 31. | Fidelity Contrafund (FCNTX) | D | Dividend | M | T | Sold<br>(part) | 12/23/19 | J | | |
| 32. | Artisan Internatl Investor Class (ARTIX) | B | Dividend | K | T | Sold<br>(part) | 12/23/19 | L | | |
| 33. | IRA #2 (H) | | | | | | | | | |
| 34. | Fidelity Government Cash Reserve (FDRXX) (Cash Equiv) (X) | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity 500 Index Fund (FXAIX) | A | Dividend | J | T | Sold (part) | 12/23/19 | J | C | |
| 36. Fidelity Low Priced Stock (FLPSX) | C | Dividend | | | Sold | 12/23/19 | L | E | |
| 37. Amana Mutual Fund Trust Growth (AMAGX) | A | Dividend | K | T | Sold (part) | 12/23/19 | J | D | |
| 38. Artisan Internatl Investor Class (ARTIX) | B | Dividend | K | T | Sold (part) | 12/23/19 | K | B | |
| 39. Janus Henderson Triton T (JATTX) | A | Dividend | K | T | Sold (part) | 12/23/19 | K | D | |
| 40. Fidelity Total Bond (FTBFX) | A | Dividend | J | T | Buy | 05/31/19 | J | | |
| 41. Eaton Vance Floating Rate Advantage Cl A (EAFAX) | A | Dividend | K | T | | | | | |
| 42. Janus Henderson Short-Term Bond T (JASBX) | A | Dividend | K | T | | | | | |
| 43. Pimco Income Fund Cl A (PONAX) | B | Dividend | K | T | | | | | |
| 44. Thompson Bond Fund (THOPX) | B | Dividend | K | T | | | | | |
| 45. IRA #3 (H) | | | | | | | | | |
| 46. Fidelity Government Cash Reserves (FDRXX) (Cash Equiv) (X) | A | Dividend | K | T | | | | | |
| 47. Fidelity Intl Enhanced Idex Fund (FIENX) | A | Dividend | J | T | | | | | |
| 48. Amana Mutual Fund Trust Growth (AMAGX) | A | Dividend | J | T | | | | | |
| 49. Fidelity Total Bond (FTBFX) | A | Dividend | J | T | | | | | |
| 50. Pimco Income Fund Cl A (PONAX) | A | Dividend | J | T | | | | | |
| 51. UTMA #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Fidelity Contrafund (FCNTX) | B | Dividend | K | T | | | | | |
| 53. Fidelity Low Priced Stock (FLPSX) | C | Dividend | L | T | | | | | |
| 54. Ishares Core S&P 500 ETF (IVV) | A | Dividend | K | T | | | | | |
| 55. UTMA #2 (H) | | | | | | | | | |
| 56. Fidelity Contrafund (FCNTX) | B | Dividend | K | T | | | | | |
| 57. Fidelity Low Priced Stock (FLPSX) | C | Dividend | K | T | | | | | |
| 58. Ishares Core S&P 500 ETF (IVV) | A | Dividend | K | T | | | | | |
| 59. IRA #4 (H) | | | | | | | | | |
| 60. Fidelity Government Cash Reserves (FDRXX) (Cash Equiv) (X) | A | Dividend | J | T | | | | | |
| 61. Fidelity Low Priced Stock (FLPSX) | B | Dividend | J | T | Sold (part) | 12/23/19 | J | | |
| 62. Janus Henderson Triton T (JATTX) | B | Dividend | K | T | Sold (part) | 12/23/19 | J | | |
| 63. Brokerage Acct #2 (H) | | | | | | | | | |
| 64. Accenture PLC (ACN) | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 65. Chubb Ltd (CB) | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 66. AT&T Inc. (T) (X) | A | Dividend | J | T | Sold (part) | 01/31/19 | J | | |
| 67. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 68. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Abbvie Inc. (ABBV) (X) | A | Dividend | J | T | | | | | |
| 70. Adobe INC COM (ADBE) | | None | J | T | Buy | 01/02/19 | J | | |
| 71. Alphabet Inc Cl C (GOOG) | | None | J | T | Buy<br>(add'l) | 09/03/19 | J | | |
| 72. | | | | | Sold<br>(part) | 10/21/19 | J | | |
| 73. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 74. Alphabet Inc Cl A (GOOGL) | | None | J | T | Buy<br>(add'l) | 08/05/19 | J | | |
| 75. | | | | | Sold<br>(part) | 10/21/19 | J | | |
| 76. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 77. Amazon.Com Inc (AMZN) | | None | J | T | | | | | |
| 78. Amgen Inc (AMGN) (Y) | | | | | | | | | |
| 79. Apple Inc (AAPL) | A | Dividend | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 80. | | | | | Sold<br>(part) | 01/12/19 | J | | |
| 81. | | | | | Sold<br>(part) | 02/28/19 | J | | |
| 82. | | | | | Buy<br>(add'l) | 05/01/19 | J | | |
| 83. | | | | | Sold<br>(part) | 07/03/19 | J | | |
| 84. Bank of America Corp (BAC) | A | Dividend | J | T | | | | | |
| 85. Bank New York Mellon (BK) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Becton Dickinson Co (BDX) (Y) | | | | | | | | | |
| 87. Berkshire Hathaway Inc Del Cl B New (BRKB) | | None | J | T | Sold (part) | 01/31/19 | J | | |
| 88. | | | | | Sold (part) | 02/28/19 | J | | |
| 89. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 90. Bristol Myers Squibb (BMY) | A | Dividend | J | T | | | | | |
| 91. Broadcom Inc (AVGO) | A | Dividend | J | T | | | | | |
| 92. Caterpillar (CAT) (Y) | | | | | | | | | |
| 93. Chevron Corp New Com (CVX) | A | Dividend | J | T | Sold (part) | 01/31/19 | J | | |
| 94. Cisco Sys Inc Com (CSCO) | A | Dividend | J | T | | | | | |
| 95. Citigroup Inc (C) | A | Dividend | J | T | Buy | 01/23/19 | J | | |
| 96. Coca Cola Co (KO) | A | Dividend | J | T | | | | | |
| 97. Comcast Corp New Cl A (CMCSA) | A | Dividend | J | T | | | | | |
| 98. Costco Corp. (COST) (X) | A | Dividend | J | T | | | | | |
| 99. Danaher Corp (DHR) | A | Dividend | J | T | | | | | |
| 100. Disney Walt Co (DIS) | A | Dividend | J | T | Sold (part) | 03/29/19 | J | | |
| 101. Exxon Mobil (XOM) (X) | A | Dividend | J | T | Sold | 01/02/19 | J | | |
| 102. | | | | | Buy | 02/12/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold | 08/20/19 | J | | |
| 104. | | | | | Buy | 09/10/19 | J | | |
| 105. | | | | | Sold | 10/21/19 | J | | |
| 106. | | | | | Buy | 11/20/19 | J | | |
| 107. Facebook Inc Com (FB) | | None | J | T | Buy<br>(add'l) | 02/28/19 | J | | |
| 108. General Electric Co. (GE) (X) | A | Dividend | J | T | | | | | |
| 109. Home Depot Inc Com (HD) | A | Dividend | J | T | | | | | |
| 110. Honeywell International Inc. COM USD1 (HON) | A | Dividend | J | T | Buy | 01/23/19 | J | | |
| 111. Intel Corp (INTC) | A | Dividend | J | T | Sold<br>(part) | 05/16/19 | J | | |
| 112. | | | | | Buy<br>(add'l) | 07/03/19 | J | | |
| 113. Intl Business Mach (IBM) | A | Dividend | J | T | | | | | |
| 114. Intuit.com (INTU) (X) | A | Dividend | J | T | | | | | |
| 115. JP Morgan Chase & Co. (JPM) (X) | A | Dividend | J | T | Buy<br>(add'l) | 01/09/19 | J | | |
| 116. Johnson & Johnson (JNJ) | A | Dividend | J | T | Sold<br>(part) | 01/23/19 | J | | |
| 117. | | | | | Sold | 08/05/19 | J | | |
| 118. | | | | | Buy | 09/18/19 | J | | |
| 119. Eli Lilly and Co. (LLY) (Formerly Lilly Eli & Co) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 121. Mastercard Incorporated Cl A (MA) | A | Dividend | J | T | Sold | 01/02/19 | J | | |
| 122. | | | | | Buy | 02/12/19 | J | | |
| 123. McDonalds Corp (MCD) | A | Dividend | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 126. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 127. Micron Technology (MU) (X) | A | Dividend | J | T | | | | | |
| 128. Mondelez Intl. Inc. (MDLZ) (X) | A | Dividend | J | T | | | | | |
| 129. Netflix Com Inc Com (NFLX) | | None | J | T | | | | | |
| 130. Nike Inc. (NKE) (X) | A | Dividend | J | T | | | | | |
| 131. Nextera Energy (NEE) (Y) | | | | | | | | | |
| 132. Northrup Grumman Corp (NOC) | A | Dividend | J | T | | | | | |
| 133. Oracle Corp Com (ORCL) | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 134. Paypal Hldgs Inc Com (PYPL) | | None | J | T | | | | | |
| 135. Pepsico Inc (PEP) | A | Dividend | J | T | Sold (part) | 01/31/19 | J | | |
| 136. Pfizer Inc (PFE) | A | Dividend | J | T | Sold | 01/31/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 03/07/19 | J | | |
| 138. | | | | | Sold (part) | 05/01/19 | J | | |
| 139. | | | | | Sold | 08/20/19 | J | | |
| 140. | | | | | Buy | 09/18/19 | J | | |
| 141. Procter & Gamble Co Com (PG) | A | Dividend | J | T | | | | | |
| 142. Raytheon Co (RTN) (Y) | | | | | | | | | |
| 143. Salesforce Com Inc (CRM) | | None | J | T | Buy (add'l) | 01/02/19 | J | | |
| 144. Schlumberger Limited (SLB) (X) | A | Dividend | J | T | | | | | |
| 145. Southern Co. (SO) (X) | A | Dividend | J | T | | | | | |
| 146. Starbucks (SBUX) (X) | A | Dividend | J | T | | | | | |
| 147. Stryker Corp. (SYK) (X) | A | Dividend | J | T | | | | | |
| 148. Target (TGT) (X) | A | Dividend | J | T | | | | | |
| 149. Texas Instruments (TXN) (X) | A | Dividend | J | T | | | | | |
| 150. Thermo Fisher Scientific (TMO) | A | Dividend | J | T | | | | | |
| 151. US Bancorp (USB) | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 152. | | | | | Buy (add'l) | 02/12/19 | J | | |
| 153. Union Pacific Corp. (UNP) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. United Technologies Corp Com USD1 (UTX) (X) | A | Dividend | J | T | | | | | |
| 155. Unitedhealth Group (UNH) | A | Dividend | J | T | Sold (part) | 03/07/19 | J | | |
| 156. | | | | | Buy (add'l) | 05/01/19 | J | | |
| 157. Verizon Communications (VZ) | A | Dividend | J | T | | | | | |
| 158. Visa Inc Com Cl A (V) | A | Dividend | J | T | | | | | |
| 159. Walmart Inc Com (WMT) | A | Dividend | J | T | | | | | |
| 160. Wells Fargo Co New Com (WFC) | A | Dividend | J | T | Sold (part) | 01/02/19 | J | | |
| 161. | | | | | Sold | 05/01/19 | J | | |
| 162. | | | | | Buy | 06/03/19 | J | | |
| 163. American Towers Corp. (AMT) (X) | A | Dividend | J | T | | | | | |
| 164. Booking Hldgs Inc Com (BKNG) | | None | | | Sold | 01/23/19 | J | | |
| 165. | | | | | Buy | 05/01/19 | J | | |
| 166. | | | | | Sold | 06/03/19 | J | | |
| 167. | | | | | Buy | 07/03/19 | J | | |
| 168. | | | | | Sold | 08/05/19 | J | | |
| 169. | | | | | Buy | 10/21/19 | J | | |
| 170. | | | | | Sold | 11/20/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Philip Morris Intl Inc Com (PM) | A | Dividend | | | Sold (part) | 01/23/19 | J | | |
| 172. | | | | | Sold | 09/18/19 | J | | |
| 173.  Brokerage Acct #3 (H) | | | | | | | | | |
| 174.  Infimary Health Sys Spl Care Facs Fing Auth Mob Ala (45663NAZ5) | B | Interest | K | T | | | | | |
| 175.  Prattville Ala Wtr Wks Brd Wtr Rev Bds 2018 (740053HP1) | A | Interest | K | T | | | | | |
| 176.  Troy Ala Pub Edl Bldg Auth Edl Facs Rev Educ Fac (89732TBN3) | A | Interest | J | T | | | | | |
| 177.  IRA #5 (H) | | | | | | | | | |
| 178.  Vanguard 500 Index Fund Adm (VFIAX) | B | Dividend | L | T | | | | | |
| 179.  IRA #6 (H) | | | | | | | | | |
| 180.  Fidelity Government Cash Reserves Account (FDRXX) (Cash equiv) | A | Dividend | L | T | | | | | |
| 181.  Fidelity Total MKT Index Premium Cl (FSKAX) (Formerly FSTVX) | B | Dividend | M | T | | | | | |
| 182.  Fidelity Contrafund (FCNTX) | D | Dividend | L | T | | | | | |
| 183.  Fidelity Strategic Dividend & Income (FSDIX) | B | Dividend | K | T | | | | | |
| 184.  Amana Mutual Trust Fund Growth (AMAGX) | B | Dividend | L | T | | | | | |
| 185.  Oakmark Intl Investor Cl (OAKIX) | B | Dividend | K | T | | | | | |
| 186.  Janus Henderson Triton T (JATTX) | D | Dividend | L | T | | | | | |
| 187.  Laudus International Marketmasters Inv Cl (SWOIX) | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Fidelity Total Bond (FTBFX) | A | Dividend | K | T | | | | | |
| 189.  Loomis Sayles Bond Retail Shares (LSBRX) | A | Dividend | K | T | | | | | |
| 190.  TCW Total Return Bond Class N (TGMNX) | A | Dividend | J | T | | | | | |
| 191.  TCW Core Fixed Income Class N (TGFNX) | A | Dividend | K | T | | | | | |
| 192.  Thompson Bond Fund (THOPX) | A | Dividend | K | T | | | | | |
| 193.  AL 529 Acct #1 (H) | | | | | | | | | |
| 194.  Alabama's 529 Vanguard Age-Based<br>Aggressive Portfolio | | None | M | T | | | | | |
| 195.  AL 529 Acct #2 (H) | | | | | | | | | |
| 196.  Alabama's 529 Vanguard Age-Based<br>Aggressive Portfolio | | None | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marks, Emily C.** | 08/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Marks, Emily C. | 08/03/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Emily C. Marks**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544